UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSMARIE ADARMES,<br>    Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.<br>    Defendant | )<br>)<br>)<br>)<br>) **Case No.: 2:13-cv-475-CMR**<br>)<br>)<br>)<br>)<br>) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Ross S. Enders* | */s/ Craig Thor Kimmel* |
| Ross S. Enders, Esquire | Craig Thor Kimmel, Esquire |
| Attorney ID # 89840 | Attorney ID # 57100 |
| Sessions, Fishman, Nathan & Israel, L.L.C. | Kimmel & Silverman, P.C. |
| 200 Route 31 North, Suite 203 | 30 E. Butler Pike |
| Flemington NJ 08822-5763 | Ambler, PA 19002 |
| Phone: (908) 751-5941 | Phone: (215) 540-8888 |
| Facsimile: (908) 751-5944 | Facsimile: (877) 788-2864 |
| Email: rsenders@sessions-law.biz | Email: kimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: August 2, 2013 | Date: August 2, 2013 |

BY THE COURT:

_____
                                                    J.